**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joanne R. Felder                    CHAPTER 13
                    Debtor(s)
                                            BKY. NO. 17-18685 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of HSBC Bank USA, National Association, as Trustee for Wells Fargo Home Equity Asset-Backed Securites 2006-3 Trust, Home Equity Asset-Backed Certificates, Series 2006-3 and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
22 Apr 2021, 10:21:56, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 1007c2705f29ee9082848e39d4166779bd6bb008d6124921286163a531026fad