**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  Felder, Joanne R.<br>        Debtor | : Chapter 13<br><br>: 17-18685 |

## ORDER

**AND NOW**, upon consideration of the Debtor's MOTION DIRECTING TRUSTEE TO RETURN FUNDS TO DEBTOR, and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

Date: 4/27/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**