**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Felder, Joanne R.
: 17-18685
    **Debtor**

## ORDER

**AND NOW**, upon consideration of the Debtor's Motion for Reconsider/ Reimposition of Stay as to Property of the Estate, and with the consent of the respondent HSBC Bank USA, National Association as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2006-3 Trust, Home Equity Asset-Backed Certificates, Series 2006-3 ("HSBC"), it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay under 11 U.S.C. 362, is hereby **REINSTATED** as to HSBC and, specifically, all mortgage foreclosure proceedings (including sheriff's sale) with respect to 1459 McKinley Street, Philadelphia, PA 19149 are **STAYED**.

3. As soon as practicable, the Debtor shall file a motion to modify the confirmed chapter 13 plan to address the existence of post-petition mortgage arrears.

Date: 4/27/21

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**