United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                         Case No. 17-18685-elf

Joanne R. Felder                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 27, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joanne R. Felder, 1459 McKinley Street, Philadelphia, PA 19149-2706 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2021     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOHN L. MCCLAIN | on behalf of Debtor Joanne R. Felder aaamcclain@aol.com edpabankcourt@aol.com |
| REBECCA ANN SOLARZ | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO HOME EQUITY ASSET-BACKED SECURITIES 2006-3 TRUST, HOME EQUITY ASSET-BACKED CERTIFICATES, SERIES 2006-3 bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO HOME EQUITY ASSET-BACKED SECURITIES 2006-3 TRUST, HOME EQUITY ASSET-BACKED CERTIFICATES, SERIES 2006-3 amps@manleydeas.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Apr 27, 2021                       Form ID: pdf900                                 Total Noticed: 1

WILLIAM C. MILLER, Esq.
                          ecfemails@ph13trustee.com  philaecf@gmail.com


TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    : Chapter 13

      Felder, Joanne R.

                                : 17-18685

    Debtor

## ORDER

      **AND NOW**, upon consideration of the Debtor's Motion for Reconsider/ Reimposition of Stay as to Property of the Estate, and with the consent of the respondent HSBC Bank USA, National Association as Trustee for Wells Fargo Home Equity Asset-Backed Securities 2006-3 Trust, Home Equity Asset-Backed Certificates, Series 2006-3 ("HSBC"), it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay under 11 U.S.C. 362, is hereby **REINSTATED** as to HSBC and, specifically, all mortgage foreclosure proceedings (including sheriff's sale) with respect to 1459 McKinley Street, Philadelphia, PA 19149 are **STAYED**.

3. As soon as practicable, the Debtor shall file a motion to modify the confirmed chapter 13 plan to address the existence of post-petition mortgage arrears.


Date: 4/27/21

                            _____
                            **ERIC L. FRANK**
                            **U.S. BANKRUPTCY JUDGE**