United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-18685-elf
Joanne R. Felder  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: May 28, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joanne R. Felder, 1459 McKinley Street, Philadelphia, PA 19149-2706 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2021 at the address(es) listed below:

**Name**     **Email Address**

JOHN L. MCCLAIN
     on behalf of Debtor Joanne R. Felder aaamcclain@aol.com edpabankcourt@aol.com

REBECCA ANN SOLARZ
     on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO HOME EQUITY ASSET-BACKED SECURITIES 2006-3 TRUST, HOME EQUITY ASSET-BACKED CERTIFICATES, SERIES 2006-3 bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
     on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

SARAH ELISABETH BARNGROVER
     on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO HOME EQUITY ASSET-BACKED SECURITIES 2006-3 TRUST, HOME EQUITY ASSET-BACKED CERTIFICATES, SERIES 2006-3 amps@manleydeas.com

SARAH ELISABETH BARNGROVER
     on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION amps@manleydeas.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 28, 2021 | Form ID: pdf900 | Total Noticed: 1 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Joanne R. Felder<br>_Debtor(s)_ | CHAPTER 13 |
| HSBC Bank USA, National Association, as Trustee for Wells Fargo Home Equity Asset-Backed Securites 2006-3 Trust, Home Equity Asset-Backed Certificates, Series 2006-3<br>_Secured Creditor_<br>vs. | NO. 17-18685 ELF |
| Joanne R. Felder<br>_Debtor(s)_ | 11 U.S.C. Section 362 |
| William C. Miller Esq.<br>_Trustee_ | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Secured Creditor on the Debtor's residence is **$24,193.43,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | $1,476.38 for January 2020 through February 2020<br>$1,447.04 for March 2020 through May 2021 |
| Suspense Balance: | ($464.93) |
| **Total Post-Petition Arrears** | **$24,193.43** |

2. The Debtor(s) shall cure said arrearages in the following manner;

a). Within seven (7) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan to include the post-petition arrears of **$24,193.43.**

b). Secured Creditor shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of **$24,193.43** along with the pre-petition arrears;

c). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

3. Beginning with the payment due June 1, 2021 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $1,447.04 (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

4. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Secured Creditor shall adjust the account accordingly.

5. In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, the Secured Creditor shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Secured Creditor may file a Certification of Default with the Court and the Court shall enter an Order granting the Secured Creditor relief from the automatic stay.

6. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

7. If the case is converted to Chapter 7, the Secured Creditor shall file a Certification of Default with the court and the court shall enter an order granting the Secured Creditor relief from the automatic stay.

8. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

9. The provisions of this stipulation do not constitute a waiver by the Secured Creditor of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

10. The parties agree that a facsimile signature shall be considered an original signature.

Date: May 10, 2021        /s/Rebecca A. Solarz, Esq.
                          Rebecca A. Solarz, Esq.
                          Attorney for Movant

Date: May 25, 2021        Mitchell J. Prince, Esq.
                          John L. McClain Esq. \Mitchell J. Prince, Esq.
                          Attorney for Debtor(s)

*No objection to its terms, without prejudice to any of our rights and remedies*

Date: May 26, 2021        /s/ LeRoy W. Etheridge, Esquire, for*
                          William C. Miller Esq.
                          Chapter 13 Trustee

# O R D E R

Approved by the Court this ___ day of _____, 2021. However, the court retains discretion regarding entry of any further order.

Date: 5/28/21

Bankruptcy Judge
Eric L. Frank