**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    : Chapter 13
  Felder, Joanne R.

        Debtor                           :  17-18685

**ORDER**

**AND NOW**, upon consideration of the Application for Supplemental Compensation ("the Application") filed by the Debtor's counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Supplemental Application is **GRANTED**.

2. Supplemental Compensation is **ALLOWED** in favor of the Applicant in the amount of $3,500.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed supplemental compensation set forth in ¶2 less $0.00 which was paid by the Debtor pre-petition, to the   extent such distribution is authorized under the terms of the confirmed chapter 13 plan as modified.

**Date:**  9/21/21          _____
                                Eric L. Frank
                                **U.S. BANKRUPTCY JUDGE**