Certificate Number: 03088-PAE-DE-038269905

Bankruptcy Case Number: 17-18685



03088-PAE-DE-038269905

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 11, 2024</u>, at <u>10:42</u> o'clock <u>PM CDT</u>, <u>Joanne R Felder</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 11, 2024</u>

By:  <u>/s/Doug Tonne</u>

Name:  <u>Doug Tonne</u>

Title:  <u>Counselor</u>