United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-18685-pmm |
| Joanne R. Felder | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 12, 2024 | Form ID: 138OBJ | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joanne R. Felder, 1459 McKinley Street, Philadelphia, PA 19149-2706 |
| 14602323 | + | HSBC Bank USA, National Association, as Trustee fo, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14034837 | + | Home Furnish, Attention: Legal, 5324 Virginia Beach Boulevard, Virginia Beach, VA 23462-1828 |
| 14034839 | #+ | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14034843 | + | Quantum3Group LC agent, Galaxy Aset Purchasing, PO Box 788, Kirkland, WA 98083-0788 |
| 14034845 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 13 2024 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 13 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14034832 | ^ | MEBN | Mar 13 2024 00:22:35 | ARS/Account Resolution Specialist, PO Box 459079, Sunrise, FL 33345-9079 |
| 14112547 | | Email/Text: megan.harper@phila.gov | Mar 13 2024 00:23:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14034833 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 13 2024 00:33:03 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14034835 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 13 2024 00:23:00 | Comenitycapital/lndclb, Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 14034836 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 13 2024 00:32:58 | Credit One Bank Na, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14046977 | | Email/Text: amps@manleydeas.com | Mar 13 2024 00:23:00 | HSBC Bank USA N.A., c/o Karina Velter, Esq., Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14613656 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 13 2024 00:23:00 | HSBC Bank USA, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14046229 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 12, 2024 | Form ID: 138OBJ | Total Noticed: 27 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 13 2024 00:33:10 | HSBC Bank USA, NA, c/o Wells Fargo Bank, N.A., Default Document Processing N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 14034834 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 13 2024 00:32:58 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14070733 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2024 00:33:05 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14070736 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2024 00:32:58 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14070734 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2024 00:33:10 | LVNV Funding, LLC its successors and assigns as, assignee of Washington Mutual Bank, NA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14034840 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2024 00:32:58 | LVNV funding LLC assignee FNBM, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14034841 | + | Email/Text: amps@manleydeas.com | Mar 13 2024 00:23:00 | Manley Deas Kochalshi, LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14034896 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 13 2024 00:32:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14034842 | + | Email/Text: bankruptcy1@pffcu.org | Mar 13 2024 00:23:00 | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14049892 | | Email/Text: bnc-quantum@quantum3group.com | Mar 13 2024 00:23:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14601292 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 13 2024 00:23:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14034844 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 13 2024 00:33:02 | Synchrony Bank/Care Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14034838 | *+ | Joanne R. Felder, 1459 McKinley Street, Philadelphia, PA 19149-2706 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2024                    Signature:    /s/Gustava Winters

Case 17-18685-pmm   Doc 131   Filed 03/14/24   Entered 03/15/24 00:37:09   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 12, 2024 | Form ID: 138OBJ | Total Noticed: 27 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO HOME EQUITY ASSET-BACKED SECURITIES 2006-3 TRUST, HOME EQUITY ASSET-BACKED CERTIFICATES, SERIES 2006-3 amps@manleydeas.com |
| JOHN L. MCCLAIN | on behalf of Debtor Joanne R. Felder aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO HOME EQUITY ASSET-BACKED SECURITIES 2006-3 TRUST, HOME EQUITY ASSET-BACKED CERTIFICATES, SERIES 2006-3 bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION sarah.barngrover@beckshybrids.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO HOME EQUITY ASSET-BACKED SECURITIES 2006-3 TRUST, HOME EQUITY ASSET-BACKED CERTIFICATES, SERIES 2006-3 sarah.barngrover@beckshybrids.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Joanne R. Felder

      Debtor(s)                        Case No: 17−18685−pmm

                                       Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                 Suite 400
                             Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/12/24

129 − 121
Form 138OBJ